COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Donald Runnels
Richland Det. Center DOC No. 187611
456 Hwy 15
Rayville LA 71269

<div style="border:1px solid">
Judgment on rehearing rendered and mailed to all parties or counsel of record on November 24, 2021
</div>

**REHEARING ACTION: November 24, 2021**

**Docket Number: 20   00276-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DONALD RUNNELS**

**Writ Application from Allen Parish Case No. 2010-5578**

**BEFORE JUDGES:**

**Hon. Billy Howard Ezell**
**Hon. John E. Conery**
**Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Donald Runnels** is:

**REHEARING DENIED.**

cc: Hon. Joe Green, Counsel for  the Respondent